# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODNEY LYNN BUTCHEE,

    Petitioner,

vs.

WARDEN SCILIA, et al.,

    Respondents.

Case No. 2:10-CV-01695-GMN-(LRL)

**ORDER**

    The copy of the Minute Order (#9) that the Court sent to Petitioner has been returned in the mail (#10) with the notation that Petitioner is not at the Casa Grande Transitional Housing. Petitioner has failed to comply with Local Rule LSR 2-2, which requires him to promptly inform the Court of any changes in address.

    **IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for Petitioner's failure to inform the Court of his current address. The Clerk of the Court shall enter judgment accordingly.

    **DATED** this 7th day of November, 2011.

_____
GLORIA M. NAVARRO
United States District Judge